JOHN J. GROGAN, ET ALS., PLAINTIFFS-RESPONDENTS, v. FRED M. DE SAPIO, ET ALS., DEFENDANTS-PETITIONERS.

See same case below: 19 *N. J. Super.* 469.

*Mr. Dominick J. Marrone* and *Mr. Frank G. Schlosser* for the petitioners.

May 26, 1952.   Granted.

FABIAN O'NEIL, PLAINTIFF-PETITIONER, v. CARL BILOTTA, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 18 *N. J. Super.* 82.

*Mr. Isadore Rabinowitz* for the petitioner.

*Messrs. Feder & Rinzler* for the respondents.

May 26, 1952.   Granted.